UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON M. WALTERS, | No. 2:13-cv-1759-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the stipulation of the parties, and for good cause shown, plaintiff shall have an extension of time until February 24, 2014, to file plaintiff's motion for summary judgment, with all other case management deadlines extended accordingly.

IT IS SO ORDERED.

Dated: January 28, 2014

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1