UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON M. WALTERS,<br><br>                Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | No.  2:13-cv-1759-KJN<br><br><br>ORDER |

On February 11, 2014, plaintiff's counsel filed a motion to withdraw as counsel for plaintiff. (ECF No. 14.)  Plaintiff's counsel indicates that, in her opinion, further pursuit of this action could subject her to sanctions under Federal Rule of Civil Procedure 11.  The motion further indicates that plaintiff's counsel had contacted plaintiff by letter and phone concerning the case, plaintiff's counsel's desire to withdraw, and plaintiff's right to retain alternate counsel, but that plaintiff's counsel has received no response from plaintiff to date.  Plaintiff's counsel's efforts to reach plaintiff through the referring counsel, Mr. Steven Skinner, had also been unsuccessful.  Plaintiff's counsel served the motion to withdraw on plaintiff and plaintiff's referring counsel by U.S. mail at their last-known addresses.

Plaintiff's motion for summary judgment is presently due on February 24, 2014.  (ECF No. 13.)

////

1

In light of the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a written response to plaintiff's counsel's motion to withdraw no later than March 13, 2014. The response shall indicate whether or not plaintiff consents to withdrawal of plaintiff's counsel, and if not, the reasons therefor.

2. Alternatively, if plaintiff does not wish for his case to be pursued at this juncture, he may file a statement consenting to dismissal of the action without prejudice no later than March 13, 2014.

3. <u>Failure to file either a written response to the motion to withdraw or a statement of consent to dismissal of the action by the required deadline will be deemed a statement of non-opposition to the motion to withdraw, and will result in a summary grant of the motion to withdraw, leaving plaintiff to proceed in this action without counsel.</u>

4. The briefing deadlines in this action are temporarily suspended. The court will issue a further order concerning briefing deadlines after resolution of the pending motion to withdraw.

5. The Clerk of Court shall serve a copy of this order on plaintiff at the last-known address for plaintiff provided by plaintiff's counsel in the proof of service of the motion to withdraw: Brandon M. Walters, P.O. Box 492502, Redding, CA 96049. The Clerk of Court shall also serve a courtesy copy of this order on plaintiff's referring counsel at the address provided by plaintiff's counsel in the proof of service of the motion to withdraw: Steven Skinner, 344 Park Marina Circle, Redding, CA 96001.

6. Plaintiff's counsel shall also use her best efforts to attempt to provide plaintiff with notice of this order through any e-mail address or telephone number for plaintiff that plaintiff's counsel may have.

IT IS SO ORDERED.

Dated: February 13, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE